IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE RODRIGUEZ-RODRIGUEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>BCBG MAX AZRIA GROUP, LLC, et al.,<br><br>    Defendants. | CIVIL NO. 18-1075 (CVR) |

## DEFAULT JUDGMENT

The Court having granted, by a separate Opinion and Order issued today, the Motion for Default Judgment filed by Plaintiff José Rodríguez-Rodríguez (Docket No. 59), hereby ENTERS DEFAULT JUDGMENT in favor of Plaintiff Rodríguez and against Defendant Marquee Brands, LLC, as follows:

a.   $243,276.90 in severance pay under Law 80 against Marquee Brands, LLC.

b.   $50,000.00 in compensatory damages for the violation of Law 100 against Marquee Brands, LLC, doubled to $100,000.00.

c.   Attorney's fees under Law 100 in the amount of $12,500.00.

The total amount of Plaintiff's award against Defendant Marquee Brands, LLC, is $355,776.90.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 23rd day of September, 2021.

S/CAMILLE L. VELEZ-RIVE
CAMILLE L. VELEZ RIVE
UNITED STATES MAGISTRATE JUDGE