IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE RODRIGUEZ-RODRIGUEZ,<br><br>Plaintiff,<br><br>v.<br><br>BCBG MAX AZRIA GROUP, LLC, et al.,<br><br>Defendants. | CIVIL NO. 18-1075 (CVR) |

## JUDGMENT

Pursuant to Plaintiff's "Notice of Voluntary Dismissal" (Docket No. 109) and the Court's Order of this same date (Docket No. 110), the Court hereby DISMISSES WITH PREJUDICE all claims brought against Defendant Marquee Brands, LLC, without the imposition of costs or attorneys' fees.

IT IS SO ORDERED AND ADJUDGED.

In San Juan, Puerto Rico, on this 24th day of May 2024.

            S/CAMILLE L. VELEZ-RIVE
            CAMILLE L. VELEZ-RIVE
            UNITED STATES DISTRICT JUDGE